No. 11–556.   VANCE v. BALL STATE UNIVERSITY ET AL.   C. A. 7th Cir.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

